**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOMMY RAYSHIVERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LUIZ, et al.,<br><br>　　　　Defendants. | No. 1:23-cv-01535 JLT GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 9)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br>(Doc. 2)<br><br>ORDER SUMMARILY DISMISSING MATTER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 4, 2024, the magistrate judge issued Findings and Recommendations and concluded that this matter be dismissed for failure to exhaust administrative remedies and that Plaintiff's motion to proceed in forma pauperis be denied as moot. (Doc. 9.)[1] The Court served the Findings and Recommendations on the plaintiff and notified him that any objections were due within 14 days. (*Id.* at 9.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*); *see also Wilkerson v. Wheeler*,

---

[1] At the same time, the magistrate judge also ordered that Plaintiff's filing fee be returned to him.

1

772 F.3d 834, 838-39 (9th Cir. 2014). Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The findings and recommendations issued January 4, 2024 (Doc. 9), are **ADOPTED IN FULL**.

2. Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED** as moot.

3. This matter is **SUMMARILY DISMISSED** in light of Plaintiff's failure to exhaust administrative remedies prior to filing it in this Court.  *See* Doc. 1 at 3-5; *see also* 42 U.S.C. § 1997e(a).

4. The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

Dated:   **January 31, 2024**

UNITED STATES DISTRICT JUDGE